## BANK OF BOSTON CONNECTICUT *v.*
## EDWARD E. CIARLEGLIO ET AL.
## (14440)

Lavery, Spear and Hennessy, Js.

Submitted on briefs November 6, 1995—decision released January 23, 1996

*Laurence V. Parnoff* filed a brief for the appellants (defendants).

*Ann H. Rubin* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.